PD-1531-14
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 1/11/2015 8:32:06 PM
Accepted 1/22/2015 11:29:44 AM
ABEL ACOSTA
CLERK

No. PD-1531-14

IN THE

## Court of Criminal Appeals
## At Austin

*GRANTED TO 2-4-15*
*PC*

FILED IN
COURT OF CRIMINAL APPEALS

January 22, 2015

ABEL ACOSTA, CLERK

# KHAHN PHAN,
*Appellant*

*v.*

# THE STATE OF TEXAS
*Appellee*

Cause number 1225435
In the 263rd Judicial District Court
Cause number 14-13-00215-CR
In the Court of Appeals for the First Judicial District

## *Appellant's Motion for Extension of Time Within Which to file Petition for Discretionary Review*

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

PHAN KHAHN, the appellant, under TEX. R. APP. P. 10.1 & 10.5(b), moves for

an extension of time within which to file his petition for discretionary review. In support

of his motion, the appellant submits the following:

(A)   The appellant's petition for discretionary review is due on December 15, 2014.

(B)   The appellant seeks an extension of time to file the appellant's petition for discretionary review until, January 12, 2015.

(C) The appellant relies upon the following facts to reasonably explain the need for an extension:

> Due to an unexpected hospitalization, the undersigned was unable to complete the appellant's petition by December 15th and requests an additional 22 day extension of time to file the petition that accompanies this motion.

(D) One previous motion requesting an extension of time to file the appellant's petition for discretionary review have been requested or granted.

WHEREFORE, the appellant prays that this Court will grant the requested extension until December 19, 2014.

Respectfully submitted,


__/s/   Kelly Smith_____
KELLY ANN SMITH

## CERTIFICATE OF COMPLIANCE & SERVICE

Pursuant to TEX. R. APP. P. 9.5& 9.4, this certifies that this document contains 288 words and that a copy of the foregoing was electronically served on the State of Texas.

__/s/   Kelly Smith_____
KELLY ANN SMITH
Texas Bar No. 00797867

P.O. Box 10751
Houston, TX 77206
281-734-0668
Kelly.A.Smith.06@gmail.com

*Counsel for the appellant*

2